UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff<br><br>         v.<br><br>ALEX X. COLMENARES-ORTIZ<br>   Defendant | CRIMINAL NO. 98CR152-04(CC) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Alex X. Colmenares-Ortiz.

I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

In San Juan, Puerto Rico, this 27th day of July 2007.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/  REBECCA VARGAS VERA
    Assistant U.S. Attorney
    Financial Litigation Unit
    USDC ID NO. 203307
    Torre Chardon, Suite 1201
    350 Carlos Chardon Street
    San Juan, Puerto Rico  00918
    Tel. 766-5656